No. A–446 (74–759). MOORE *v.* UNITED STATES. Ct. App. D. C. Application for release pending disposition of petition for writ of certiorari, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied.

No. A–467 (74–668). SELIKOFF *v.* NEW YORK. Ct. App. N. Y. Application for stay of incarceration, presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied.

No. A–498. GABRIEL *v.* UNITED STATES ET AL. D. C. N. J. Application for stay, presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied.

No. A–506. GIBBS ET AL. *v.* HOWELL ET AL. Ct. App. N. Y. Application for stay of execution of judgment upon remittitur, presented to MR. JUSTICE REHNQUIST, and by him referred to the Court, denied.

No. A–514. BOYD *v.* PENNSYLVANIA STATE BOARD OF OSTEOPATHIC EXAMINERS. Pa. Commw. Ct. Application for stay of suspension of license to practice pending timely filing and disposition of a petition for writ of certiorari, presented to MR. JUSTICE BRENNAN, and by him referred to the Court, denied.

No. 74–5588. TUCKER *v.* BOWERS, UNITED STATES ATTORNEY, ET AL.; and

No. 74–5621. CRANE *v.* STONE, CORRECTIONAL SUPERINTENDENT, ET AL. Motions for leave to file petitions for writs of habeas corpus denied.